# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**NORMAN DISMUKE,**

    Petitioner,

    V.                                  CASE NUMBER: **04-C-1126**

**GARY R. MCCAUGHTRTY**,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Norman Dismuke's petition pursuant to Title 28, United States Code, Section 2254, is DENIED. This action is hereby DISMISSED WITH PREJUDICE.**

    February 7, 2008                                    JON W. SANFILIPPO
Date                                                                   Clerk

                                                                s/ Linda M. Zik
                                                                (By) Deputy Clerk